RECEIVED
NOV 0 1 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| RONEN NANDI | CIVIL ACTION NO. 06-1755 |
| VS. | JUDGE DOHERTY |
| WAL-MART TRANSP., LLC AND/OR WAL-MART STORES, INC. AMERICAN HOME ASSUR. CO. | MAGISTRATE JUDGE METHVIN |

## RULING ON JURISDICTIONAL AMOUNT

Before the court is plaintiff's Memorandum In Support of Jurisdictional Amount, filed pursuant to this court's order of August 15, 2007.[1] Defendants have not filed a reply.

Having reviewed plaintiff's memorandum, I conclude that plaintiff has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999). Relevant jurisdictional facts which have been included in the memorandum discuss the nature and severity of plaintiff's injuries, including post concussion syndrome, a bulge at C5-6, herniations at L1-2 and L5-S1 and a bulge at L2-3. Counsel for plaintiff states that Nandi has incurred $8,264.19 in medical expenses. Plaintiff anticipates that there will be a lien for the treatment that Nandi has received and continues to receive through the U.S. Navy medical facilities. Plaintiff had not incurred any lost wages to date. Plaintiff has also included citations to case law involving similar facts which reflect verdicts in the amount of $75,000.00 or more.

---

[1] Rec. Docs. 18, 20.

2

Considering the foregoing, the undersigned concludes that the jurisdictional amount has been established in this case..

Signed at Lafayette, Louisiana on __November 1__, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(318) 593-5140        FAX 593-5155

COPY SENT:
DATE: 11/1/07
BY: CW
TO: Mem